New York Star Company, appellant, v. Charles Os-Ko-Mon, appellee. Gen. No. 25,102.

Attachment proceeding. Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Jacob E. Dittus, for appellant. Adolph Marks, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Henry Lesch, v. Masonic Fraternity Temple Association et al. Charles S. Thornton et al., trading as Thornton & Chancellor, appellants, v. Edward M. Willoughby, receiver, appellee. Gen. No. 24,793.

Creditors' claim in proceedings to wind up affairs of association. Decree for claimants. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Decree modified and affirmed. Opinion filed March 18, 1920. Certiorari denied by Supreme Court (making opinion final).

Ben M. Smith and Harris F. Williams, for appellants. Judah, Willard, Wolf & Reichmann, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Nellie M. Coe, administratrix de bonis non of the estate of Fred R. Coe, deceased, appellant, v. Chicago Railways Company et al., appellees. Gen. No. 24,801.

Action to recover for wrongful death of passenger of automobile in collision with street car. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920.

Novak & Novak, for appellant. Charles Le Roy Brown, for appellees; John R. Guilliams and Weymouth Kirkland, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Anderson & Lind Manufacturing Company, v. William Liedlich et al. Henry Johnson, appellee, v. Anna Maltz, appellant. Gen. No. 24,843.

Suit to foreclose mechanic's lien. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed March 18, 1920. Certiorari denied by Supreme Court (making opinion final).

Max M. Korshak, for appellant. John E. Erickson, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.